97 A.3d 264

IN THE MATTER OF SUSAN A. LOWDEN, AN ATTORNEY
AT LAW (ATTORNEY NO. 001571991).

September 5, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–387, concluding that **SUSAN A. LOWDEN** of **HADDONFIELD**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.5(b) (failure to provide the rate or basis of the fee in writing to the client), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that respondent should be required to complete a course in law office management and provide proof of completion to the Office of Attorney Ethics;

And good cause appearing;

It is ORDERED that **SUSAN A. LOWDEN** is hereby reprimanded; and it is further

ORDERED that within ninety days after the filing date of this Order, respondent shall complete a course in law office management and provide proof of her completion thereof to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.